RECEIVED
MAR - 5 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARL WAYNE STEWART,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:14-CV-02258 |
| VERSUS | |
| USA, et al.,<br>    Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the motion to dismiss filed by the United States and the USDA/FmHA (Doc. 28) is GRANTED, the motion to dismiss filed by the State of Louisiana (Doc. 43) is GRANTED, and Stewart's action against all defendants is DENIED AND DISMISSED WITH PREJUDICE in its entirety as untimely.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 5 day of March, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE